

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-79,922-01

### EX PARTE STEPHEN JAY SANDBLOOM, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 10-DCR-053774A-HC-1 IN THE 400TH DISTRICT COURT
### FROM FORT BEND COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to forty years' imprisonment. The Fourteenth Court of Appeals affirmed the conviction. *Sandbloom v. State*, No. 14-12-00032-CR (Tex.App.—Houston [14th Dist.] Sep. 6, 2012).

Applicant contends that he was denied his right to pursue a *pro se* petition for discretionary review in this Court after his conviction was affirmed by the Fourteenth Court of Appeals. The trial court recommends that relief be granted, and the writ record supports the recommendation. *See Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006).

Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Second Court of Appeals in Cause No. 14-12-00032-CR that affirmed his conviction in Cause No. 10-DCR-053774A from the 400th District Court of Fort Bend County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: September 18, 2013
Do not publish